UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

CHRISTOPHER WIECHELT,

                              Plaintiff,

              v.                                    PRETRIAL ORDER
                                                    03-CV-345

UNITED PARCEL SERVICE, INC.,

                              Defendant.

═══════════════════════════════════


              Jury selection for trial of this matter is scheduled for April 8, 2008, at

9:30 a.m.  A final pretrial conference is scheduled in this matter for March 27,

2008, at 2:00 p.m.  The attorneys who will try the case must attend the

conference.

              On or before March 20, 2008, counsel are to provide the Court with

two sets of the required submissions listed below.  One set of the required

submissions should be filed in the Clerk's office and the other should be brought

directly to the Court's chambers.  Each submission should be filed under separate

cover.

              1.  JURY INSTRUCTIONS:  The parties must supply copies of their

requested charges on the substantive issues.  (Each party should also provide to

chambers a computer disk containing the requested charge.)  Each charge is to be

on a separate sheet of paper, in standard form, and contain citations to the

1

authority for the charge.  The proposed charges shall be taken from L. Sand, et al.,

Modern Federal Jury Instructions (1998) or New York Pattern Jury Instructions

when New York law is applicable.  If a suitable charge is not included in Sand or

Pattern Jury Instructions, the parties may submit an alternative charge, as long as it

is supported by legal authority.  The charges are to be presented in a logical

sequence, and this submission should include an index to the charges.


The Court will use these charges to help formulate its own charge.  If

counsel fails to submit a charge, that charge will not be considered by the Court.

2.  PRETRIAL BRIEFS OR OTHER MEMORANDA:  The parties shall

submit memoranda of law outlining the facts, legal arguments and case law

relevant to their respective positions.  The memoranda shall include any issues that

the Court should consider in order to expedite the trial, as well as any unusual or

recurring issues, such as evidentiary issues, that may arise at trial.  Any party

wishing to make a motion in limine should include such a motion, along with legal

authority, as part of this submission.

3.  EXHIBITS:  Each party shall submit a list of exhibits it anticipates

using at trial.  The exhibits must be pre-marked numerically and any sub-exhibits

should be pre-marked alphabetically.  The parties shall use the Court's form, copy

of which is attached, in preparing the exhibit list.  Failure to list an exhibit may

result in preclusion of that exhibit at trial.  When possible, the parties should

stipulate to the admissibility of exhibits.  The stipulation must be submitted to the Court.  (See Rule 29 of the U.S. District Court for the Western District of New York Local Rules of Civil Procedure ("Local Rules") for the stipulation procedure.)

Two copies of each documentary exhibit shall be provided to the Court at the pretrial conference.  Each set of copies shall be "tabbed" for reference and bound in a three-ring binder or in a similar fashion.

4.  VOIR DIRE:  Each party may submit up to ten proposed voir dire questions, including sub-parts, relating to any questions of law or fact that will be relevant to issues to be tried.  Additional questions will be considered only upon a showing of good cause.  The Court will conduct the voir dire.

5.  WITNESS LIST:  Each party must submit the names and addresses (identifying town and state only) of all prospective witnesses and a brief summary of their anticipated testimony, including the anticipated date and length of testimony.  The list must include rebuttal witnesses, but their anticipated testimony need not be summarized.  Failure to meet these requirements with respect to any witness may result in preclusion of testimony by that witness.

6.  EXPERT TESTIMONY:  The identity, addresses (town and state only), and a brief summary of the qualifications and testimony of all

expert witnesses are to be supplied.  Counsel may enter into a written
stipulation prior to the pretrial conference setting forth the qualifications of
each expert witness.  Failure to include an expert witness on the expert
witness list may result in preclusion of testimony by that witness.

      7. <u>VERDICT FORM</u>: Each party is to submit a proposed verdict
form, including any special interrogatories that are appropriate.

      8.  <u>DEPOSITION TESTIMONY</u>:  If a party intends to use
deposition testimony during the course of the trial, that party's counsel
must notify opposing counsel prior to the conference of the deposition
testimony intended to be offered.  <u>See</u> Fed. R. Civ. P. 30.  Counsel should
stipulate to the admissibility of such testimony and attempt to resolve any
disputes prior to the conference.  To the extent disputes cannot be resolved,
counsel shall submit written objections specifying the nature and bases for
such objections.  The objections shall be supported by legal authority.
Responses to such objections should be filed.  The Court will reserve ruling
on the objections until the time of trial unless counsel indicate that an earlier
resolution is necessary.

      Counsel should also be prepared to discuss the narrowing of
issues for trial and to cooperate in eliminating claims which are no longer
germane.  The goal of the pretrial conference is to help make certain that the

4

trial proceeds in a clear and orderly fashion.  The parties are to comply with this Order so that this goal will be attained.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  February  6, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EXHIBIT LIST

Case No. _____                    _____ Plaintiff
Date:       _____                    _____ Defendant

| Ex.# | Description | Date | |
|---|---|---|---|
| | | Marked for Ident. | In Evidence |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |